UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK TALBOT, *et al.*,

    Plaintiffs,

vs.

RITE AID OF MICHIGAN, INC.,

    Defendants.

Consolidated Case No. 01-70453

Hon. Gerald E. Rosen

_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Frank Talbot, et al., and all persons who filed and/or have presently pending Motions for Joinder, by and through their attorneys Christopher Pencak, PC, and Rite Aid of Michigan, Inc., by and through its attorneys Dykema Gossett PLLC, hereby stipulate to the dismissal, with prejudice and without costs or attorney fees to either party, of the entire case.

Dated: 2/9/06

Christopher Pencak (P34701)
Christopher Pencak, P.C.
Attorney for Plaintiffs
27322 – 23 Mile Rd., Suite 7
Chesterfield, MI 48051
(586) 598-4650

Dated: July 16, 2006

Dykema Gossett PLLC
Joseph A. Ritok, Jr. (P25472)
Attorneys for Defendants
400 Renaissance Center
Detroit, MI 48243
(313) 568-6846