CLOSED _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK TALBOT, *et al.*,

       Plaintiffs,                  Consolidated Case No. 01-70453

vs.                                      Hon. Gerald E. Rosen

RITE AID OF MICHIGAN, INC.,

       Defendants.
_____/

### ORDER

At a session of said Court held in the U.S. Courthouse,
Detroit, Michigan on   **FEB 2 1 2006**

PRESENT:   **GERALD E. ROSEN**
               United States District Judge

The parties having stipulated and agreed and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is dismissed in its entirety, with prejudice and without costs or attorney fees to either party, such dismissal to include all Plaintiffs and all those who filed and/or have presently pending Motions for Joinder.

                                                    _____
                                                    U.S. District Court Judge

Approved as to form:

s/Christopher Pencak
Christopher Pencak (P34701)

s/Joseph A. Ritok, Jr.
Joseph A. Ritok, Jr. (P25472)

**FILED**
FEB 2 1 2006
CLERK'S OFFICE
DETROIT